## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:17-cr-10022-STA-2 |
| ) | |
| ADDIE COLE, ) | |
| ) | |
| Defendant. ) | |

## ORDER CONTINUING CHANGE OF PLEA DATE
## AND NOTICE OF RESETTING

The Change of Plea date in this matter is currently set for August 3rd, 2018 before Chief Judge S. Thomas Anderson. Upon motion of Defense counsel, the Change of Plea date in the above styled matter is hereby reset to July 24, 2018 at 11:00AM before Chief Judge S. Thomas Anderson; Courtroom #1, 4th Floor, United States Courthouse, Jackson, Tennessee.

Enter this the 9th day of July, 2018.

s/S. Thomas Anderson
CHIEF UNITED STATES DISTRICT COURT JUDGE