IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| VS. | ) | CR. NO. 1:17-10022-STA |
| ADDIE COLE, | ) | |
| Defendant. | ) | |

---

## ORDER ON CHANGE OF PLEA
## AND NOTICE OF SETTING

---

This cause came to be heard on July 24, 2018, Assistant United States Attorney, Matt Wilson, appearing for the Government and the defendant, Addie Cole, appearing in person, and with counsel, Mark Donahoe.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 2 of the Superceding Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, OCTOBER 23, 2018 at 11:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 24th day of July, 2018.

                                                      s/ S. Thomas Anderson
                                                     CHIEF JUDGE, U. S. DISTRICT COURT