**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 1:17-cr-10022-STA** |
| | ) | |
| **ADDIE COLE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER AND NOTICE OF RESETTING**

The sentencing date in this matter is currently set for October 23, 2018 @ 11:00 a.m. before

Chief Judge S. Thomas Anderson. Pursuant to the Defendant's Motion to Continue, the Sentencing

Hearing in the above styled matter is hereby reset to November 9, 2018 @ 11:00 a.m. before Chief

Judge S. Thomas Anderson; Courtroom #1, 4th Floor, US Courthouse, Jackson, Tennessee.

Enter this the 17th day of October 2018.

s/S. Thomas Anderson
CHIEF JUDGE S. THOMAS ANDERSON