IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | No. 1:17-cr-10022-STA |
| ADDIE COLE, | ) | |
| Defendant. | ) | |

## ORDER

The sentencing date in this matter is currently set for November 9th, 2018 @ 11:00 a.m. before Chief Judge S. Thomas Anderson. Pursuant to the Defendant's Motion to Continue, the Sentencing Hearing in the above styled matter is hereby reset to November 13th, 2018 10:00 a.m. before Chief Judge S. Thomas Anderson; Courtroom #1, 4th Floor, US Courthouse, Jackson, Tennessee.

The period from 11/9/18 through 11/13/18 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing additional time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

Enter this the 8th day of November, 2018.

s/ S. Thomas Anderson
CHIEF JUDGE S. THOMAS ANDERSON